ACCEPTED
03-13-00175-CR
4755403
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/2/2015 6:42:17 PM
JEFFREY D. KYLE
CLERK

# LAW OFFICE OF PATRICK HOWARD

### ATTORNEY AND COUNSELOR AT LAW

101 South First
P.O. Box 74
Bangs, Texas 76823
Telephone: (325) 752-7321
Facsimile: (325) 752-7653
Email:Pdhattorney@hotmail.com

April 2, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

4/2/2015 6:42:17 PM

JEFFREY D. KYLE
Clerk

Jeffrey Kyle
Clerk of Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Re: Donovan Morrow v. The State of Texas, Appeal No. 03-13-00175-CR, IN THE 3rd COURT OF APPEALS, AUSTIN, TEXAS

Dear Mr. Kyle:

In accordance with Rule 48.4, I certify that on March 18th, 2015, I sent a copy of this Court's Opinion to Donovan Morrow at his last known address.

That letter also advised TOBIN BARRI CAMPBELL of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68. The letter and opinion were mailed using certified mail, return receipt requested.

A copy of the return receipt is attached.

If you have any questions, please feel free to contact me.

Sincerely,

Patrick Howard

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____ ☐ Agent
                  ☑ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Donovan Morrow
933 Misty Acres Drive
New Braunfels, Texas 78130

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number        7012 1010 0001 3829 7363
(Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540